ORIGINAL

EPSTEIN & PEREZ-MESA

ROY F. EPSTEIN          5302
CARLOS D. PEREZ-MESA    5448
1001 Bishop Street
2870 American Savings Bank Tower
Honolulu, Hawaii  96813
Telephone: (808) 526-4999

Attorneys for Defendant
QUIGLEY CORP.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 6 2006

at 2 o'clock and 35 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BRIGITTE YVON and KLAUS YVON,<br><br>      Plaintiffs,<br><br>vs.<br><br>WAIKOLOA BEACH MARRIOTT HOTEL dba OUTRIGGER ENTERPRISES, INC.; WAIKOLOA LAND COMPANY, INC.; HAWAII HOTELS, LIMITED; WAIKIKI PROPERTIES, LTD.; HAWAII HOTEL OPERATORS, INC.; ISLAND SERVICES, LTD.; CARIBBEAN PACIFIC NATURAL PRODUCTS, INC.; MEKALA CASUALS, INC.; PHILPOTTS & ASSOCIATES, INC.; QUIGLEY CORP.; SUNCOAST NATURALS, INC. now known as INTELLIGENT SECURITY NETWORKS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 3-10; DOE CORPORATIONS 2-10; ROE "NON-PROFIT" CORPORATIONS 1-10; AND ROE ENTITIES 1-10,<br><br>      Defendants. | CIVIL NO. CV05-00646 JMS/BMK<br>(Non-Motor Vehicle Tort)<br><br>DEFENDANT QUIGLEY CORP.'S ANSWER TO COMPLAINT FILED ON OCTOBER 12, 2005; CERTIFICATE OF SERVICE |

**DEFENDANT QUIGLEY CORP.'S ANSWER TO COMPLAINT**
**FILED ON OCTOBER 12, 2005**

COMES NOW Defendant QUIGLEY CORP. (hereinafter referred to collectively as "QUIGLEY"), by and through its attorneys,



Epstein & Perez-Mesa, and for an answer to the Complaint filed by Plaintiffs on October 12, 2005, alleges and avers as follows:

**FIRST DEFENSE**

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 1-12 of the Complaint and so denies same.

2. Defendant denies the allegations contained in paragraphs 13-19 of the Complaint.

3. Defendant denies each and every allegation of the Complaint not specifically admitted, controverted or denied herein.

**SECOND DEFENSE**

The Complaint fails to state a claim against Defendant upon which relief can be granted.

**THIRD DEFENSE**

Plaintiffs have failed to mitigate their damages and accordingly may be barred, in whole or in part, from recovery herein.

**FOURTH DEFENSE**

Plaintiffs own negligence, and not the alleged negligence of Defendant QUIGLEY, was the sole factor or a substantial factor in proximately causing the accident and the alleged resulting injuries and/or damages that they may have suffered.

**FIFTH DEFENSE**

Defendant affirmatively allege Plaintiffs' claim is barred by the insufficiency of service of process.

**SIXTH DEFENSE**

The area in which the alleged accident occurred, if it is proven to be a dangerous and/or otherwise hazardous area, was open and obvious and Plaintiffs' failure to recognize such danger and/or hazard was the sole or contributing cause of its alleged injuries and accordingly, Plaintiffs are barred, in whole or in part, from recovery herein.

**SEVENTH DEFENSE**

Failure to name the real and/or indispensable party in interest.

**EIGHTH DEFENSE**

Defendant QUIGLEY gives notice that it intends to rely on the defense of no duty.

**NINTH DEFENSE**

If Plaintiffs suffered any injuries and/or damages as alleged in the Complaint, Plaintiffs, knowingly, willingly, and voluntarily assumed the risk of such injuries and/or damages, and such voluntary assumption of risk was the proximate cause of Plaintiffs' injuries and/or damages.

**TENTH DEFENSE**

The negligence of Defendant QUIGLEY, if any, was passive and not active, and which may have merely furnished the condition which was merely a circumstance of the accident and not

the proximate cause of the injuries and damages to Plaintiffs and accordingly, Defendant QUIGLEY, is not liable.

**ELEVENTH DEFENSE**

This Court lacks jurisdiction over Defendants, Plaintiffs and/or the subject matter of this lawsuit.

**TWELFTH DEFENSE**

Defendant affirmatively alleges that Plaintiffs claims are barred by latches, waiver and estoppel.

**THIRTEENTH DEFENSE**

Defendant QUIGLEY intends to rely on the defense of intervening and/or superseding cause.

**FOURTEENTH DEFENSE**

Defendant QUIGLEY made no warranties, either express or implied.

**FIFTEENTH DEFENSE**

Defendant reserves the right to assert any affirmative defenses which may be disclosed in the course of discovery.

WHEREFORE, Defendant prays that:

1. The Complaint against Defendant be dismissed with prejudice.

2. Defendant be awarded their attorneys' fees and costs.

DATED: Honolulu, Hawaii  April 6, 2006.

_____
ROY F. EPSTEIN
CARLOS D. PEREZ-MESA, JR.
Attorneys for Defendant
QUIGLEY CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BRIGITTE YVON and KLAUS YVON,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>WAIKOLOA BEACH MARRIOTT HOTEL dba OUTRIGGER ENTERPRISES, INC.; WAIKOLOA LAND COMPANY, INC.; HAWAII HOTELS, LIMITED; WAIKIKI PROPERTIES, LTD.; HAWAII HOTEL OPERATORS, INC.; ISLAND SERVICES, LTD.; CARIBBEAN PACIFIC NATURAL PRODUCTS, INC.; MEKALA CASUALS, INC.; PHILPOTTS & ASSOCIATES, INC.; QUIGLEY CORP.; SUNCOAST NATURALS, INC. now known as INTELLIGENT SECURITY NETWORKS, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 3-10; DOE CORPORATIONS 2-10; ROE "NON-PROFIT" CORPORATIONS 1-10; AND ROE ENTITIES 1-10,<br><br>　　　　　　Defendants. | CIVIL NO. CV05-00646 JMS/BMK<br>(Non-Motor Vehicle Tort)<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

　　　　I hereby certify that a true and correct copy of the foregoing document was duly served upon the following at their last known address via the means indicated below on 4/6/06.

|  | **U.S. MAIL** | **HAND DELIVERY** |
|---|---|---|
| KENNETH OKAMOTO, ESQ.<br>707 Richards Street, Suite 728<br>Honolulu, Hawaii 96813<br>　　and | |  |
| STUART M. COWAN, ESQ.<br>707 Richards Street, Suite 728<br>Honolulu, Hawaii 96813<br>　Attorneys for Plaintiffs<br>　BRIGITTE YVON and KLAUS YVON | |  |

|  | **U.S. MAIL** | **HAND DELIVERY** |
|---|---|---|
| J. PATRICK GALLAGHER, ESQ.<br>JOELLE KANE, ESQ.<br>LEAH REYES, ESQ.<br>GREG TAKASE, ESQ.<br>745 Fort Street, Suite 1550<br>Honolulu, Hawaii 96813<br>  Attorneys for Defendants<br>  PHILPOTTS & ASSOCIATES | | X |
| JEFFREY A. GRISWOLD, ESQ.<br>MICHELLE M. MIYASATO, ESQ.<br>841 Bishop Street, Suite 1800<br>Honolulu, Hawaii 96813<br>  Attorneys for Defendants<br>  HAWAII HOTELS, LIMITED;<br>  WAIKIKI PROPERTIES, LTD.;<br>  HAWAII HOTEL OPERATORS, INC.;<br>  ISLAND SERVICES, LTD. and<br>  OUTRIGGER ENTERPRISES, INC. | | X |

DATED: Honolulu, Hawaii April 6, 2006.

ROY F. EPSTEIN
CARLOS D. PEREZ-MESA, JR.
Attorneys for Defendant
QUIGLEY CORP.